UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>—vs.—<br><br>ALAIN KALOYEROS,<br><br>Defendant. | 16 Mag. 6005 |



[PROPOSED] ORDER

It is hereby ORDERED that defendant Alain Kaloyeros may receive from counsel a change of clothes consisting of a white shirt and a sweater, and may change into those clothes before appearing in Court for his arraignment.

Dated: New York, New York
September 22, 2016

_____
Sarah Netburn
United States Magistrate Judge